## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Audrey H. Mettler, Duane L. Mettler,

      Plaintiffs,

vs.

Wyeth, d/b/a Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,

      Defendants.

Civil No.07-3705 (RHK/JSM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 16, 2007

      s/Richard H. Kyle
      RICHARD H. KYLE
      United States District Judge