**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Audrey H. Mettler, Duane L. Mettler,

        Plaintiffs,                  Civil No.07-3705 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND**
                                         **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,

        Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  August 16, 2007

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge